AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

CLERK US DISTRICT COURT
**DISTRICT OF** NEVADA
BY: _____ DEPUTY

FEB

FILED ENTERED     RECEIVED     SERVED ON
COUNSEL/PARTIES OF RECORD

| | |
|---|---|
| In re DMCA Subpoena to FC2, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) **15-MS-13** |
| _____ | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: FC2, Inc.

_____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All information sufficient to identify the infringers/FC2 Submitters specified in the attached notice dated Febuary 5, 2015, from any and all sources, including but not limited to billing or administrative records that prove the name(s), address(es), telephone number(s), email address (es), IP address(es), account number(s), credit card numbers and any other electronic or physical documents identifying the name(s) and address(es), or contact information of each of the infringers/FC2 Submitters.

| Place: WEIDE & MILLER, LTD.<br>7251 W. Lake Mead Blvd., Suite 530<br>Las Vegas, NV 89128 | Date and Time:<br>*February 24, 2015 10am* |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: *2.9.15*

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **CA CO. LTD.**
_____, who issues or requests this subpoena, are:

Ryan Gile, Esq.; WEIDE & MILLER, LTD.; 7251 W. Lake Mead Blvd., Suite 530, Las Vegas, NV 89128

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*

                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc.:



**MARSHALL · SUZUKI LAW GROUP**
150 Spear Street, Suite 725
San Francisco CA 94105
T E L  415.618.0090
F A X  415.618.0190

**Junji Suzuki**
junji@marshallsuzuki.com

February 5, 2015

**Via Email**

FC2, Inc.
4730 South Fort Apache Road, Suite 300
Las Vegas, NV89147
Email: abuse@fc2.com

> RE:   *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
> **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

This law office represents CA, Co. Ltd., a Japanese corporation (hereinafter called "CA"), in connection with CA's copyright infringement claim against you/your customer.

It has recently come to CA's attention that your customer has unlawfully published and introduced to the market certain copyrighted work listed in Exhibit A attached hereto ("Exhibit A"), which is exclusively owned or licensed to CA (referred to as the "CA Work" or "Original Work"). The URLs of the video infringing the exclusive right of CA are also identified and listed in Exhibit A (referred to as the "Infringing Work").

Your customer has been advertising, distributing, and selling the Infringing Work, which is materially identical to the CA Work, through online store located at the aforementioned URL. It is clear that your customer has used the CA Work without CA's permission, and that your customer's conduct infringes CA's exclusive right. Thus, CA has a good faith belief that use of the material in the manner complained of is not authorized by CA, its agent or the law. Any further copying, reproduction, importation, advertising, marketing, distribution, or sale of the Infringing Work after your receipt of this letter will be willful, giving rise to exposure for aggravated damages.

On behalf of CA, we demand that you immediately disable access to the CA Work and cease any use, reproduction, and distribution of the CA Work and that you provide us with a written assurance that you will:

(a) permanently cease and desist from further use of the CA Work;
(b) permanently cease and desist from further advertising, marketing, distribution, and sale of the CA Work;
(c) remove or disable access to the Infringing Work and so confirm to us in writing;

FC2, Inc.
February 5, 2015
Page 2 of 2

(d) delete from your website the advertisement that you/your customer sell the Infringing Work;

(e) display on your website for three months the statement that (i) the owner of the exclusive right of the CA Work is CA, and (ii) you/your customer have been selling the Infringing Work without CA's permission.

We also demand a written assurance that your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of CA, the owner of the exclusive right of the CA Work.

Very truly yours,

**MARSHALL SUZUKI LAW GROUP, LLP**

Junji Suzuki
Attorney at Law
150 Spear Street, Suite 725
San Francisco, CA 94105
(Tel) 415-618-0090
(Fax) 415-618-0190
(Email) junji@marshallsuzuki.com

Cc: Client

| NO | FC2 Member/Submitter Nickname | FC2 Member/Submitter Info | Infringing Work | Infringing Work | Original Work |
|---|---|---|---|---|---|
| 1 | 782038 | http://video.fc2.com/a/member?mid=20985870 | http://video.fc2.com/a/content/20150105q5wN6Rbh | おまたせ♪kawaii°デビュ→パイパン美少女vsドデカちん 七田るり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd366/ |
| 2 | 0721×Hunter | http://video.fc2.com/a/member?mid=60014332 | http://video.fc2.com/a/content/20150118W6BZ94hS | わたし、犯されにゆきます。～かよわき新人OL図～小田みなみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis297/ |
| | 0721×Hunter | http://video.fc2.com/a/member?mid=60014332 | http://video.fc2.com/a/content/201501187uFqrwyA | わたし、犯されにゆきます。～かよわき新人OL図～小田みなみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis297/ |
| | 0721×Hunter | http://video.fc2.com/a/member?mid=60014332 | http://video.fc2.com/a/content/20150118fec4y5n3 | わたし、犯されにゆきます。～かよわき新人OL図～小田みなみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis297/ |
| 3 | 0蚤0蚤0 | http://video.fc2.com/a/member?mid=86570485 | http://video.fc2.com/a/content/20150115MgDPrMsx/ | 巨乳淫乱わがまま図マゾ奥図と、召抱えられた丁図図園で性感御奉仕サディストメイド | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=crpd210/ |
| 4 | abraham11 | http://video.fc2.com/a/member?mid=67329515 | http://video.fc2.com/a/content/20141208eBWLrmH3 | 中出しチアリ図夕図図叫オイルFUCK! 葉原みゆ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bf353/ |
| | abraham11 | http://video.fc2.com/a/member?mid=67329515 | http://video.fc2.com/a/content/20141220K0mfUhdh | 朝日奈あかりの図厚な接吻とSEX | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz361/ |
| 5 | BDSMで図GO! | http://video.fc2.com/a/member?mid=55667263 | http://video.fc2.com/a/content/201501080qk12n3R | 淫図解禁 妃乃ひかり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=dasd115/ |
| 6 | Belial68 | http://video.fc2.com/a/member?mid=16520564 | http://video.fc2.com/a/content/20150125qSpHmVNA | 彼女の図とイケナイ図初音みのり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz038/ |
| | Belial68 | http://video.fc2.com/a/member?mid=16520564 | http://video.fc2.com/a/content/20141206LFcDNfY3 | 図夜 江波りゅう | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd732/ |
| | Belial68 | http://video.fc2.com/a/member?mid=16520564 | http://video.fc2.com/a/content/20141216zLsmPw3L | ただいま！ 万々果花 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd758/ |
| 7 | BOBO | http://video.fc2.com/a/member?mid=79447319 | http://video.fc2.com/a/content/20141119B2N0Pqpq | 図垢「部活図」 かずき2 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mukd125/ |

| # | | | | | |
|---|---|---|---|---|---|
| 8 | dabajin2 | http://video.fc2.com/a/member?mid=94199851 | http://video.fc2.com/a/content/20141206wLHq2B6t/ | 女□官、堕ちるまで… THE END 雪□舞 □りりあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=atid157/ |
| 9 | EilenaKohus | http://video.fc2.com/a/member?mid=60691909 | http://video.fc2.com/a/content/20141128LseryWmC | ビクビクする身体 市来美保 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tyod213/ |
| 10 | ELO | http://video.fc2.com/a/member?mid=72688293 | http://video.fc2.com/a/content/20141216q6dAcqzq/ | アスリ□トレズ□□ ～汗に濡れた身体を狙う 卑猥なレズビアン～ □莉久 阿部万みく 夏目□希 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bban022/ |
| 11 | eloico69 | http://video.fc2.com/a/member?mid=62348857 | http://video.fc2.com/a/content/20140723NXTvzzAa | 肛虐の家庭教□ 朝桐光 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd603/ |
| 12 | FC2USER007588UPU | http://video.fc2.com/a/member?mid=31200012 | http://video.fc2.com/a/content/201412306hX7pKS7/ | ランジェリ□ナ 保春美 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz055/ |
| 13 | FC2USER012618VGN | http://video.fc2.com/a/member?mid=77724279 | http://video.fc2.com/a/content/20150119xUKz0dXW/ | 美人OLの悲惨な凌辱日□ 西野翔 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd582/ |
| 14 | FC2USER135145DYO | http://video.fc2.com/a/member?mid=13687978 | http://video.fc2.com/a/content/20150126RuQZNHKZ | 人妻ハイレグ盤□ 三浦□理子 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux123/ |
| | FC2USER135145DYO | http://video.fc2.com/a/member?mid=13687978 | http://video.fc2.com/a/content/20150126gPRmzcC9 | □校したら女子生徒は私だけっ！？ さかうえもか | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd489/ |
| | FC2USER135145DYO | http://video.fc2.com/a/member?mid=13687978 | http://video.fc2.com/a/content/20150120FtWMCQrY | 狙われた美人ウエイトレスト□カ□ 狂□の妄□愛の果てに… 本田岬 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd545/ |
| | FC2USER135145DYO | http://video.fc2.com/a/member?mid=13687978 | http://video.fc2.com/a/content/20150120az4Lvew5/ | 汗だく美女と中出し性交 波多野結衣 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=wanz270/ |
| 15 | FC2USER154436MRL | http://video.fc2.com/a/member?mid=50184218 | http://video.fc2.com/a/content/20150121CwUGmHSH/ | □教授氏 ～ドM男のアナルを弄ぶ□ □女医～ 浜崎りお | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mixs003/ |
| 16 | FC2USER168255WYH | http://video.fc2.com/a/member?mid=56600976 | http://video.fc2.com/a/content/20120905b7pD2NZE | O府警□□2□マンガ□茶□□□□事件 □□ マンガ□茶□□事件映像 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=plod189/ |
| 17 | FC2USER209405XTH | http://video.fc2.com/a/member?mid=31333923 | http://video.fc2.com/a/content/20150122MVan3dSN/ | □された□真白衣 ハメられた新人看□□ Rio | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz489/ |
| | FC2USER209405XTH | http://video.fc2.com/a/member?mid=31333923 | http://video.fc2.com/a/content/20150122n3KWN3JW | □された□真白衣 ハメられた新人看□□ Rio | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz489/ |

| | | | | | |
|---|---|---|---|---|---|
| | FC2USER209405XTH | http://video.fc2.com/a/member?mid=31333923 | http://video.fc2.com/a/content/201501220nhYdwG1 | 〇された〇真白衣 ハメられた新人看〇〇 Rio | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz489/ |
| 18 | FC2USER222471WCJ | http://video.fc2.com/a/member?mid=33664429 | http://video.fc2.com/a/content/20150112YzKR2aFc | 〇つめ合って感じ合う情〇S EX 羽田あい | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd953/ |
| | FC2USER222471WCJ | http://video.fc2.com/a/member?mid=33664429 | http://video.fc2.com/a/content/20141221Qbupw7Ds/ | 100人〇り 卯水〇流 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz430/ |
| | FC2USER222471WCJ | http://video.fc2.com/a/member?mid=33664429 | http://video.fc2.com/a/content/20150115RnCRqfQN | 会〇制 スイ〇トル〇ム 由〇JK ソ〇プ 成〇ルリ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd525 |
| 19 | FC2USER283926MEA | http://video.fc2.com/a/member?mid=39941335 | http://video.fc2.com/a/content/20131031UrYhQpGw | 上司の嫁を〇〇教マゾ改造 〇され尽くした可憐な新妻 晶エリ〇 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=crpd332/ |
| | FC2USER283926MEA | http://video.fc2.com/a/member?mid=39941335 | http://video.fc2.com/a/content/201501293h61kfdx | 今からアタシ… お兄ちゃんとセツ〇スして きます 初美沙希 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mudr004 |
| 20 | FC2USER2900200IYI | http://video.fc2.com/a/member?mid=40844222 | http://video.fc2.com/a/content/20150115hCHrrK7a/ | 1日10回射精しても止まら ないオ〇ガズムSEX 月城ルネ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd854/ |
| 21 | FC2USER2905404TTZ | http://video.fc2.com/a/member?mid=62501720 | http://video.fc2.com/a/content/20150115S9HBfvkk/ | 枯れ〇過ぎて何でも〇いちゃ う老人介〇士 成海うるみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis267/ |
| 22 | FC2USER351056VDN | http://video.fc2.com/a/member?mid=64336405 | http://video.fc2.com/a/content/201501019hrf42Gk/ | 一ノ〇アメリの〇厚な接吻 とSEX | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd607/ |
| 23 | FC2USER363502UQN | http://video.fc2.com/a/member?mid=78754487 | http://video.fc2.com/a/content/20150109pAaxCbZT | 美人寮母さんのごっくん 中出し独身寮〇音りおな | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=crpd353/ |
| | FC2USER363502UQN | http://video.fc2.com/a/member?mid=78754487 | http://video.fc2.com/a/content/20141212ZHL2YQ1e | 性肛 前穴完全放置 上原〇衣 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mimk025/ |
| | FC2USER363502UQN | http://video.fc2.com/a/member?mid=78754487 | http://video.fc2.com/a/content/20150117G0fAmStY | 淫乱オトコ女 京野明日香 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tyod244/ |
| 24 | FC2USER385014DFA | http://video.fc2.com/a/member?mid=95937042 | http://video.fc2.com/a/content/20150105xLKHRU4C/ | ギャル家庭教〇BEST4〇〇 ！ 上原〇衣 椎名ゆな 周防ゆきこ 成〇ルリ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bf302/ |
| 25 | FC2USER409922PPA | http://video.fc2.com/a/member?mid=90717296 | http://video.fc2.com/a/content/20150110qZXmG1Mf | まりんのヒミツの性感ス イッチ 夏〇まりん | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=sps036/ |

| | | | | | |
|---|---|---|---|---|---|
| 26 | FC2USER42348 9WWT | http://video.fc2.co m/a/member?mid =64648221 | http://video.fc2.com/a /content/20141231brN 6kBby | 妻の留去 偶然再会した同□生に再び 犯された私... 七海ひさ代 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=mdyd873 / |
| | FC2USER42348 9WWT | http://video.fc2.co m/a/member?mid =64648221 | http://video.fc2.com/a /content/20141231gm tBHG6Y | 露出☐教レイプ 成□カナ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=miad628/ |
| 27 | FC2USER44247 7KPD | http://video.fc2.co m/a/member?mid =36211618 | http://video.fc2.com/a /content/20141231zG wKkKXm/ | アタ☐カ□ズ全面□修 夫の目の前で犯されて 希崎ジェシカ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=iptd813/ |
| | FC2USER44247 7KPD | http://video.fc2.co m/a/member?mid =36211618 | http://video.fc2.com/a /content/20141231dA AdWVes | 希志あいのとヴア□チャル デ□ト | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ipz043/ |
| | FC2USER44247 7KPD | http://video.fc2.co m/a/member?mid =36211618 | http://video.fc2.com/a /content/20141231QY QKmpDZ | ス□□に流れる密着接吻セ ックス 超□□しスペシャル 希志あいの | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=soe602/ |
| 28 | FC2USER45396 1MQF | http://video.fc2.co m/a/member?mid =76769794 | http://video.fc2.com/a /content/20150108xN5 hhw3v/ | 世界一ザ□メンを大量に□ 射する男のぶっかけSEX □ゆみ 菅野しずか | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=rkl134/ |
| 29 | FC2USER45876 7KYX | http://video.fc2.co m/a/member?mid =94180238 | http://video.fc2.com/a /content/20150115md xnEBXE | めっちゃカワご奉仕メイ ド 初美りおん | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=iptd400/ |
| | FC2USER45876 7KYX | http://video.fc2.co m/a/member?mid =94180238 | http://video.fc2.com/a /content/20150122EHx xzwWn | 犯された人妻女教□ 吉□明□ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=soe539/ |
| 30 | FC2USER45931 0HHF | http://video.fc2.co m/a/member?mid =48723851 | http://video.fc2.com/a /content/20150102zfz HKU5T/ | 潜入□官 残虐2穴イキ地□ 星崎アンリ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3core026 / |
| 31 | FC2USER47506 7PHI | http://video.fc2.co m/a/member?mid =76012227 | http://video.fc2.com/a /content/20141229n0Z mKgA9 | E-BODY □属デビュ□ 南の□の美少女 ティア | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ebod206 / |
| | FC2USER47506 7PHI | http://video.fc2.co m/a/member?mid =76012227 | http://video.fc2.com/a /content/20141229vM Qeu1H1/ | 美脚RQの甘い□毒 卯□永□流 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ipz209/ |
| | FC2USER47506 7PHI | http://video.fc2.co m/a/member?mid =76012227 | http://video.fc2.com/a /content/20141229KKk 7EWV0 | 冬月かえでが200%彼女目 □とむっちゃカワイイ□両 弁でアナタとHな同□生活 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=pgd515/ |
| 32 | FC2USER56011 4ZUF | http://video.fc2.co m/a/member?mid =58476596 | http://video.fc2.com/a /content/20150116H6 9ZQRWB/ | ハメられた新人看□□ □された白真白衣 希崎ジェシカ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ipz503/ |
| 33 | FC2USER56929 7XKR | http://video.fc2.co m/a/member?mid =81866992 | http://video.fc2.com/a /content/20150101zuv cWwCR/ | 幼なじみ家庭教□ 思い出の□人授□□□あずさ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=shkd394/ |

| | | | | | |
|---|---|---|---|---|---|
| 34 | FC2USER59927 7CAT | http://video.fc2.co m/a/member/mid =92004223 | http://video.fc2.com/a /content/201501163BL 9XUZ5 | □臭アイドルのうぶエッチ □川リナ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=sps002/ |
| 35 | FC2USER61301 5WHH | http://video.fc2.co m/a/member/mid =46848800 | http://video.fc2.com/a /content/20150127gW 6DcUgD | FIRST IMPRESSION 73 川□舞夏 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ipz211/ |
| 36 | FC2USER67004 8RFE | http://video.fc2.co m/a/member/mid =15988352 | http://video.fc2.com/a /content/20150106SgE uEw0q | 10□中出しするまで勃起さ せちゃうお□□SEXテクニッ ク□谷川リホ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wanz19 4/ |
| | FC2USER67004 8RFE | http://video.fc2.co m/a/member/mid =15988352 | http://video.fc2.com/a /content/20150106R26 1xyW5 | セク□ョチャンネル 宇都□しอん | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=snis147/ |
| | FC2USER67004 8RFE | http://video.fc2.co m/a/member/mid =15988352 | http://video.fc2.com/a /content/20150120E0Y 00uRH | □して下さい。 人妻女教□の狂わされた□ 撰 星野ナミ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=snis165/ |
| 37 | FC2USER68358 9LMN | http://video.fc2.co m/a/member/mid =98712969 | http://video.fc2.com/a /content/20150112yc6 AMfVx/ | □井あゆの凌テクを我慢で きれば生★★中出しSEX! | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wanz21 7/ |
| 38 | FC2USER69466 4EDX | http://video.fc2.co m/a/member/mid =87305934 | http://video.fc2.com/a /content/20150105Q9 70DTBa/ | □厚オヤジと女教□ 千万あずみ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wanz25 2/ |
| 39 | FC2USER69839 6STF | http://video.fc2.co m/a/member/mid =16971115 | http://video.fc2.com/a /content/201501095F mwxnBQ | いつも□まった□に犯され □ける人妻～□辱の失禁□教 ～ 牧□みさ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=jux153/ |
| | FC2USER69839 6STF | http://video.fc2.co m/a/member/mid =16971115 | http://video.fc2.com/a /content/20150123h4B w4B10 | □の一夫多妻 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=mird054/ |
| | FC2USER69839 6STF | http://video.fc2.co m/a/member/mid =16971115 | http://video.fc2.com/a /content/20150123pk WwbC59/ | しอんと同□ズポズポ性活 宇都□しอん | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=snis048/ |
| 40 | FC2USER73405 4UNI | http://video.fc2.co m/a/member/mid =94314217 | http://video.fc2.com/a /content/20150109xPv aSLUw/ | 巨乳女教□の□惑 □□れい | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=pppd283 / |
| 41 | FC2USER76208 8SHN | http://video.fc2.co m/a/member/mid =85237449 | http://video.fc2.com/a /content/20150127v1G 5QHZr/ | MOODYZファン感□祭 自宅に押しかけ大乱交4□□ SPECIAL 友田彩也香 さとう遥希 大□ひびき 琥珀うた | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=mird124/ |
| 42 | FC2USER78167 2RUP | http://video.fc2.co m/a/member/mid =45264295 | http://video.fc2.com/a /content/201412286Zu G5bzr/ | パ□フェクトボディ 独身童□祭□ここみ ～管理人さんのハンパな い腰振り～ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=soe405/ |
| 43 | FC2USER84500 1OLX | http://video.fc2.co m/a/member/mid =35684240 | http://video.fc2.com/a /content/20150120Ta6 MuXgW | □父に□日犯されている私… KAORI | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=jux292/ |

| | | | | | |
|---|---|---|---|---|---|
| 44 | FC2USER85839 3CWB | http://video.fc2.co m/a/member?mid =13406959 | http://video.fc2.com/a /content/20150103TLD RdLUc/ | 全裸巨乳家政婦 Hitomi | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=pppd291 |
| 45 | FC2USER85980 5ENC | http://video.fc2.co m/a/member?mid =93722368 | http://video.fc2.com/a /content/20150101ARz VysJa/ | 目□けあと ゆうか | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=miad629/ |
| 46 | FC2USER88867 8UCG | http://video.fc2.co m/a/member?mid =96013031 | http://video.fc2.com/a /content/201501013L w2gdsf/ | 女の カラダはダイヤモン ドプロポ□ションで□ぶ。 森ななこ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ebod144 / |
| 47 | FC2USER89730 3NKX | http://video.fc2.co m/a/member?mid =21876347 | http://video.fc2.com/a /content/20150106NU dPUsKP | LOVE SEMEN 初音みのり | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ipz226/ |
| | FC2USER89730 3NKX | http://video.fc2.co m/a/member?mid =21876347 | http://video.fc2.com/a /content/20150106fDy s7t9E | 悪汁女 解放された性欲 希志あいの | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=ipz312/ |
| | FC2USER89730 3NKX | http://video.fc2.co m/a/member?mid =21876347 | http://video.fc2.com/a /content/20141231QJL spDUW | 母の□心～息子を守る□に 身体を差し出して…～ 寺□志保 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=jux300/ |
| 48 | FC2USER90417 2FTE | http://video.fc2.co m/a/member?mid =96885433 | http://video.fc2.com/a /content/20150109ce manbXx | kira★kira BLACK GAL 逆接支 -超□激カワ 目□け□ギャルの 逆サポで中出し 男根□い- 水谷心音 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=blk160/ |
| | FC2USER90417 2FTE | http://video.fc2.co m/a/member?mid =96885433 | http://video.fc2.com/a /content/20150109zHF cZ5H4/ | kira★kira BLACK GAL 目□け□ギャルご奉仕ナ□ス 大量ぶっかけ□ナマ中出 し 病□ 水谷心音 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=blk184/ |
| | FC2USER90417 2FTE | http://video.fc2.co m/a/member?mid =96885433 | http://video.fc2.com/a /content/20150109nJ6 LJARU | 下着モデルをさせられて… 吉□明□ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=snis201/ |
| 49 | FC2USER97426 8HSB | http://video.fc2.co m/a/member?mid =39385899 | http://video.fc2.com/a /content/20150123N9 nesTfZ/ | 担任からここへ来るよう に言われました。 宮永□149cm （□毛） | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=mum050 / |
| 50 | FC2USER98009 8IHA | http://video.fc2.co m/a/member?mid =79938158 | http://video.fc2.com/a /content/20141221sCb U3nLh | 家庭教□は女子大生 □花えり | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=pgd379/ |
| | FC2USER98009 8IHA | http://video.fc2.co m/a/member?mid =79938158 | http://video.fc2.com/a /content/20141221NzS YFrhn | 家庭教□は女子大生 □花えり | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=pgd379/ |
| | FC2USER98009 8IHA | http://video.fc2.co m/a/member?mid =79938158 | http://video.fc2.com/a /content/20141221pM eexVC9 | 家庭教□は女子大生 □花えり | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=pgd379/ |
| 51 | FC2USER99375 2CEC | http://video.fc2.co m/a/member?mid =67180546 | http://video.fc2.com/a /content/20150121Ev4 ZfvKn | 秘密女□官～淫欲に翻弄 されし□高き美人エ□ジェ ント～ 希崎ジェシカ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=iptd873/ |

| | | | | | |
|---|---|---|---|---|---|
| | FC2USER993752CEC | http://video.fc2.com/a/member?mid=67180546 | http://video.fc2.com/a/content/20150121nEH5CW2e | いきなりSEX えっ？今ここでですか？ 佳苗るか | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz039/ |
| | FC2USER993752CEC | http://video.fc2.com/a/member?mid=67180546 | http://video.fc2.com/a/content/20150121prLpCEf4 | 彼氏の友団に寝取られちゃった私…。 小団山ゆき | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd461 |
| 52 | FC2USER999091ROZ | http://video.fc2.com/a/member?mid=68845308 | http://video.fc2.com/a/content/20141210KEuwkFcK | 美人寮母さんのごっくん 中出し独身寮団団りおな | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=crpd353/ |
| 53 | jeepliux | http://video.fc2.com/a/member?mid=91724089 | http://video.fc2.com/a/content/20150111eDTuTqGq | 100cmIcup 女教団団ひなの | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd056/ |
| 54 | JovanStulick | http://video.fc2.com/a/member?mid=82590316 | http://video.fc2.com/a/content/20141128xuT4Dyuv | 保健室の先生- 男子を犯すMカップ白衣のド淫乱団教団- 市来美保 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=beb100/ |
| 55 | kanachin | http://video.fc2.com/a/member?mid=51939870 | http://video.fc2.com/a/content/20140411V7eLF1HW | 団役女子大生！！ 照れカワ、ふんわり18団 AVデビュ団！ 初川みなみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide074/ |
| 56 | kiichi | http://video.fc2.com/a/member?mid=90861469 | http://video.fc2.com/a/content/20111214CUxgAQEP | 制服下乳女子校生 武藤クレア | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=76elo321 |
| | kiichi | http://video.fc2.com/a/member?mid=90861469 | http://video.fc2.com/a/content/20120904R1kkwcU7 | キレイなお母さんに叱られたい！ 酒井ちなみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=juc197/ |
| | kiichi | http://video.fc2.com/a/member?mid=90861469 | http://video.fc2.com/a/content/20111214QBykUPeM | グラマ団爆乳ハミ出し水着 仁科百団 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jufd137/ |
| 57 | KMT | http://video.fc2.com/a/member?mid=60428239 | http://video.fc2.com/a/content/20141213BHFh5EkH | 団志ヤリ部屋 保健室 両団るり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad668/ |
| | KMT | http://video.fc2.com/a/member?mid=60428239 | http://video.fc2.com/a/content/20141213Cg7qAC9v | 柊団団×MOODYZ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide088/ |
| | KMT | http://video.fc2.com/a/member?mid=60428239 | http://video.fc2.com/a/content/201412137kuEf93k | ス団パ団ボディ×ビタコス SPECIAL めぐり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd979 |
| 58 | koikoi | http://video.fc2.com/a/member?mid=74222834 | http://video.fc2.com/a/content/20150126ebVJEgbD | 団原りむ、イキます。 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe989/ |

| | | | | | |
|---|---|---|---|---|---|
| 59 | korinachin | http://video.fc2.com/a/member?mid=68092777 | http://video.fc2.com/a/content/20141229PDheuPxq | kira✳kira BLACK GAL パンチラ②ギャル女子校生③K②②中出しハイスク②ル 茉莉もも | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=blk090/ |
| | korinachin | http://video.fc2.com/a/member?mid=68092777 | http://video.fc2.com/a/content/201501063TbHzBr3 | DIGITAL CHANNEL DC101 ②谷川みく | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=supd101/ |
| 60 | madao | http://video.fc2.com/a/member?mid=98616675 | http://video.fc2.com/a/content/20140406KeRHRK0v | 夫のいない②に… 豆腐は知らない欲情巨乳 妻の淫らな秘蜜 榎本メイ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz317/ |
| | madao | http://video.fc2.com/a/member?mid=98616675 | http://video.fc2.com/a/content/2014042066e7kNT7 | 精子吸引バキュ②ムフェラ チオ 前田かおり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz336/ |
| | madao | http://video.fc2.com/a/member?mid=98616675 | http://video.fc2.com/a/content/20140406xhvvnaNd | 挑乳逆レイプナ②ス ②田杏梨 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide083/ |
| 61 | masaki | http://video.fc2.com/a/member?mid=88373025 | http://video.fc2.com/a/content/20110923N99tAQTJ | HyperIdeaPocket 究②の尻フェチマニアックス 上原カエラ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd432/ |
| | masaki | http://video.fc2.com/a/member?mid=88373025 | http://video.fc2.com/a/content/201110220arRg5Wh | kira✳kira BLACK GAL SPECIAL ～②GAL学②✳エンドレス狂乱交～ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kisd042/ |
| | masaki | http://video.fc2.com/a/member?mid=88373025 | http://video.fc2.com/a/content/20111012X4KB190Q | 男汁バイキング 5②万梓 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad054/ |
| 62 | MelvinFilippini | http://video.fc2.com/a/member?mid=88330840 | http://video.fc2.com/a/content/20141128VDVms60d/ | 保健室の先生- 男子を犯すMカップ白衣 のド淫乱②②教②- 市来美保 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=beb100/ |
| 63 | Michel0320 | http://video.fc2.com/a/member?mid=34605535 | http://video.fc2.com/a/content/20141124CQ75SeED | 有名コスプレイヤ②月に一度の②②日中出しオフ会 まりあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz261/ |
| | Michel0320 | http://video.fc2.com/a/member?mid=34605535 | http://video.fc2.com/a/content/20141101fN90DeCw | 新人! kawaii✳②属デビュー→ 今日、君にまっしぐら。②田ありな | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd423/ |
| | Michel0320 | http://video.fc2.com/a/member?mid=34605535 | http://video.fc2.com/a/content/20140930WGFBymEf | DIGITAL CHANNEL DC104 ②本② | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=supd104/ |
| 64 | mmer01 | http://video.fc2.com/a/member?mid=86349444 | http://video.fc2.com/a/content/20140819Pn2pNwfp | ②され手コキと叱られ手コキ ②木凛 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pgd565/ |

| | | | | | |
|---|---|---|---|---|---|
| 65 | nobitans | http://video.fc2.com/a/member?mid=70315094 | http://video.fc2.com/a/content/20101016GW6YhQ6q | □母□□と□母さんの秘密 白石さゆり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jukd538/ |
| | nobitans | http://video.fc2.com/a/member?mid=70315094 | http://video.fc2.com/a/content/20101017kaf5aQpC | □のおばさん 白石さゆり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jukd554/ |
| | nobitans | http://video.fc2.com/a/member?mid=70315094 | http://video.fc2.com/a/content/20101005uf64Q7Tt | □する 夫の目の前で... ～美人妻□□凌辱～ 白石さゆり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jukd571/ |
| 66 | Paradise | http://video.fc2.com/a/member?mid=99820471 | http://video.fc2.com/a/content/20140512xChTHbfq/ | 交わる体液、□密セックス 乱れ□き温泉 吉□明□ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe655/ |
| 67 | pikonl | http://video.fc2.com/a/member?mid=76280121 | http://video.fc2.com/a/content/20120915EWHvPWzy | □限露出で男□り 菜月アンナ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd845/ |
| 68 | pon ちゃん | http://video.fc2.com/a/member?mid=60269988 | http://video.fc2.com/a/content/20111028rAXq1sk4 | 爆乳◆家庭教□ おっぱい授□ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bf131/ |
| | pon ちゃん | http://video.fc2.com/a/member?mid=60269988 | http://video.fc2.com/a/content/20111028HfxEngQv | デリバリ□SEX アナタの自宅に希美まゆ をお届けします | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd693/ |
| 69 | Qtaro | http://video.fc2.com/a/member?mid=29556335 | http://video.fc2.com/a/content/20121026NVXPW6u9 | 秋吉ひなが100%彼女目□ でアナタとHな□同生活。 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pgd605/ |
| 70 | R1123 | http://video.fc2.com/a/member?mid=82948169 | http://video.fc2.com/a/content/20121004sr7KYJPA | 人妻アナル□□□村レイコ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd470/ |
| 71 | rdrdikik | http://video.fc2.com/a/member?mid=49443026 | http://video.fc2.com/a/content/20111119hRmz5AfG | つぼみが自宅に押しかけSEXしまくり つぼみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad439/ |
| 72 | StefanieForsz | http://video.fc2.com/a/member?mid=79740835 | http://video.fc2.com/a/content/20141128Gw9bJrAq/ | 爆乳美女の3穴中出し26□ □ 市来美保 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mvsd237/ |
| 73 | T・H | http://video.fc2.com/a/member?mid=38369717 | http://video.fc2.com/a/content/201501212kaYDr19 | レズビアンに囚われた女 潜入□官 川菜美□ 川村まや | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bban017 |
| | T・H | http://video.fc2.com/a/member?mid=38369717 | http://video.fc2.com/a/content/201501243RYAQBLN/ | kira★kira BLACK GAL 逆レイプ- 男に□えた□ギャルGcup□品BODY-□万なみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=blk084/ |
| | T・H | http://video.fc2.com/a/member?mid=38369717 | http://video.fc2.com/a/content/201501189AMdVhVF | □みるくSPECIAL DVD 究□BEST4□□ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=opsd016/ |

| # | | | | | |
|---|---|---|---|---|---|
| 74 | tinalee60 | http://video.fc2.com/a/member?mid=11103244 | http://video.fc2.com/a/content/20111102J9ufgHt4 | パイパン潮吹きFUCK KYOKO | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd249/ |
| 75 | tumi.sin | http://video.fc2.com/a/member?mid=24304054 | http://video.fc2.com/a/content/20140907UpvK15W0 | 爆乳百□ちゃんの□し 淫□と□し 淫□。 仁科百□ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jufd169/ |
| | tumi.sin | http://video.fc2.com/a/member?mid=24304054 | http://video.fc2.com/a/content/20140913EahA3a9C | 手を使わないごっくんフェラチオ 笠木忍 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rki150/ |
| | tumi.sin | http://video.fc2.com/a/member?mid=24304054 | http://video.fc2.com/a/content/2014121419JKEnaL | 射精大好き◆おしゃぶりテクニシャン □子□尾真子 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tyod166/ |
| 76 | X T U | http://video.fc2.com/a/member?mid=11961298 | http://video.fc2.com/a/content/20141216tBJm6pGn | 美熟女ソ□プ□御殿 □城みさ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=juc790/ |
| 77 | xtc | http://video.fc2.com/a/member?mid=28747957 | http://video.fc2.com/a/content/20121030BSMaCerN | ものすごい□射、ものすごい お□除フェラ。 揚りあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe800/ |
| 78 | yashrio88 | http://video.fc2.com/a/member?mid=63996233 | http://video.fc2.com/a/content/20111113KRZ1rskQ | □っ□い□体客にアナル慰安□にされた美人女将□なち | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=crpd392/ |
| 80 | yokoyama yasusi | http://video.fc2.com/a/member?mid=76182504 | http://video.fc2.com/a/content/20150113Lw21LV9n/ | 妻を元彼に寝取られて…。 白川千□ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux488/ |
| 81 | あいりす | http://video.fc2.com/a/member?mid=53751492 | http://video.fc2.com/a/content/20110920M7gVEWkr | □が□してあげる | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd079/ |
| 82 | エロ□品チャ ンネル | http://video.fc2.com/a/member?mid=13473279 | http://video.fc2.com/a/content/20141222vAv9LxSE/ | □の若妻さん 波多野□衣 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd871/ |
| 83 | えんぴつネズ ミ | http://video.fc2.com/a/member?mid=86848171 | http://video.fc2.com/a/content/20150104Jy3QVvdz/ | ジンジンくる粗温め合うS EX in北海道 香月燎梨 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd308 |
| 84 | ざぷ□ん | http://video.fc2.com/a/member?mid=43382375 | http://video.fc2.com/a/content/20141230nDvUqP0b/ | 犯された花嫁 悲□のヴァ□ジンロ□ド 吉□明□ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe667/ |
| 85 | ツ□リ□・バイ ドル | http://video.fc2.com/a/member?mid=88259543 | http://video.fc2.com/a/content/20140722YMDaxP15 | 私立IP女学院4 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipsd038/ |
| 86 | デカチン | http://video.fc2.com/a/member?mid=52059225 | http://video.fc2.com/a/content/201412145agzTCT6/ | 合コンでお持ち□りした女子を□し 撮り。 □可□しAV□□。 其の参 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=club091/ |

| | | | | | |
|---|---|---|---|---|---|
| 87 | ナイトはこれで | http://video.fc2.com/a/member?mid=10241399 | http://video.fc2.com/a/content/20150112PNe4eyL6/ | 神□射□本音 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=avop005/ |
| 88 | ニコライ2世 | http://video.fc2.com/a/member?mid=54183722 | http://video.fc2.com/a/content/20100613JUvQck02 | 学校でしようよ!初美りおん | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd380/ |
| | ニコライ2世 | http://video.fc2.com/a/member?mid=54183722 | http://video.fc2.com/a/content/20100829dADvYrMc | ギリギリモザイク セル初あいだゆあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=one089/ |
| 89 | にやろめ | http://video.fc2.com/a/member?mid=63146645 | http://video.fc2.com/a/content/20141230mv9AhZzR | kira★kira BLACK GAL 日□け□ギャルご奉仕ナ□ス 大量ぶっかけ□ナマ中出し□□ 水谷心音 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=blk184/ |
| | にやろめ | http://video.fc2.com/a/member?mid=63146645 | http://video.fc2.com/a/content/20141230rE2s2MXn | FIRST IMPRESSION 79 美波なみ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz330/ |
| | にやろめ | http://video.fc2.com/a/member?mid=63146645 | http://video.fc2.com/a/content/20141230z4ZcDv21 | 秘密女□捜官 水□□ラ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz385/ |
| 90 | ねずうし | http://video.fc2.com/a/member?mid=48862830 | http://video.fc2.com/a/content/201501212H6DzuYP | 舌と唇で感じあう□密ベロキスづくし 里美ゆりあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide039/ |
| | ねずうし | http://video.fc2.com/a/member?mid=48862830 | http://video.fc2.com/a/content/20150121F4CeScXV | 舌と唇で感じあう□密ベロキスづくし 里美ゆりあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide039/ |
| | ねずうし | http://video.fc2.com/a/member?mid=48862830 | http://video.fc2.com/a/content/20150121VpYXGytW | 舌と唇で感じあう□密ベロキスづくし 里美ゆりあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide039/ |
| 91 | ノ□ハンドフェラ□ | http://video.fc2.com/a/member?mid=61690912 | http://video.fc2.com/a/content/20140711UTtdVJ4T | □上中□□ 本物女子大生アスリ□ト AVデビュ□! 川上彩万 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=cnd105/ |
| | ノ□ハンドフェラ□ | http://video.fc2.com/a/member?mid=61690912 | http://video.fc2.com/a/content/20140114P2mZvnNr | DIGITAL CHANNEL DC111 美音ありす | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=supd111/ |
| 92 | のしんキッズ | http://video.fc2.com/a/member?mid=78804598 | http://video.fc2.com/a/content/20150109hDDPfWCw | もえと同□ズボズボ性活 天使もえ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis270/ |
| 93 | ヒロマル22014 | http://video.fc2.com/a/member?mid=46476636 | http://video.fc2.com/a/content/20141231bkK9AKHx | 身□178cm 国体出□現役女子大生バレ□ボ□ル□手 AVデビュ□ 希望れいな | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=cnd116/ |
| | ヒロマル22014 | http://video.fc2.com/a/member?mid=46476636 | http://video.fc2.com/a/content/20141009NxPC1q43 | 母さんを□りたい! 加山なつこ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba043/ |

| | | | | |
|---|---|---|---|---|
| ·· | ヒロマル2201 4 | http://video.fc2.co m/a/member?mid =46476636 | http://video.fc2.com/a /content/201412264R5 5U1Zb | 10人の男を□め□ける川上 ゆうの□しく激しいテクニ ック | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=tyod226/ |
| 94 | メル | http://video.fc2.co m/a/member?mid =99064989 | http://video.fc2.com/a /content/20150110CB0 ek24h | NO.1 STYLE×ギリギリモザイク □の彼女、かすみりさ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=oned804 |
| 95 | ゆずこ | http://video.fc2.co m/a/member?mid =53138546 | http://video.fc2.com/a /content/20121220XZr YHBXc | Rioかわいいハイスク□ル | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=iptd555/ |
| 96 | 安海之眼 | http://video.fc2.co m/a/member?mid =43938895 | http://video.fc2.com/a /content/20141211GH CMFcAs/ | 凌辱に捧げた□妹□ 椎名ゆな 麻生香月 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=rbd266/ |
| 97 | 一朗. | http://video.fc2.co m/a/member?mid =27625291 | http://video.fc2.com/a /content/20141224Nbf 4M2TM/ | つぼみの凄テクを我慢で きれば生★中出しSEX! | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wanz19 2/ |
| 98 | 家のくまさん | http://video.fc2.co m/a/member?mid =32273846 | http://video.fc2.com/a /content/201412244Gz ZB5YF/ | 爆乳レズビアン□ゆみ 浜崎りお | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=mlad359/ |
| 99 | 激安エッチな □品は「MFCの 王国」で□索!! | http://video.fc2.co m/a/member?mid =59474949 | http://video.fc2.com/a /content/20121023rET KQTUA | □でしようよ 成□心美 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wnzs12 6/ |
| | 激安エッチな □品は「MFCの 王国」で□索!! | http://video.fc2.co m/a/member?mid =59474949 | http://video.fc2.com/a /content/20121023331 2udH9 | ボクの家に失禁痴女が来 た! 里美ゆりあ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=bbi094/ |
| 100 | 高□健さん | http://video.fc2.co m/a/member?mid =87991477 | http://video.fc2.com/a /content/201412134Fr mbsf1/ | □クレアの凄テクを我慢 できれば生★中出しSEX! | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wanz25 0/ |
| 101 | 今夜のおかず ガイド【2】 | http://video.fc2.co m/a/member?mid =18095236 | http://video.fc2.com/a /content/201402097b MDtLTV | 制服美少女□好家 □川なお | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wf345/ |
| | 今夜のおかず ガイド【2】 | http://video.fc2.co m/a/member?mid =18095236 | http://video.fc2.com/a /content/20140209bJ1 JDHNW | 制服美少女□好家 □川なお | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wf345/ |
| | 今夜のおかず ガイド【2】 | http://video.fc2.co m/a/member?mid =18095236 | http://video.fc2.com/a /content/20140209rvu KCyuf | 制服美少女□好家 □川なお | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=3wf345/ |
| 102 | 手コキ女 | http://video.fc2.co m/a/member?mid =21157659 | http://video.fc2.com/a /content/20141223dfG mhds3 | ワケアリ□投爆乳女子大生 □の危□日中出しオフ会 | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=avop055/ |
| 103 | 熟女王 | http://video.fc2.co m/a/member?mid =44410589 | http://video.fc2.com/a /content/201501262Cd HeKsn | 近□相□ 24□□で44□□してしまっ た母 笛木□ | http://www.dmm.co.jp /mono/dvd/- /detail/=/cid=oba162/ |

| | | | | | |
|---|---|---|---|---|---|
| 104 | 超エロ仙人 | http://video.fc2.com/a/member?mid=21890034 | http://video.fc2.com/a/content/201209083QTmngQV | DIGITAL CHANNEL 里美ゆりあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=supd080/ |
| 105 | 天国被 | http://video.fc2.com/a/member?mid=60491955 | http://video.fc2.com/a/content/20141220RaKxsU7D/ | ▢属美少女初露出基▢！花嫁新婚露出旅行 今井美▢ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux259/ |
| 106 | ▢威零 | http://video.fc2.com/a/member?mid=42408046 | http://video.fc2.com/a/content/20141214Jb0pWgmT/ | ▢を▢惑する兄嫂 吉▢明▢ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe936/ |
| | ▢威零 | http://video.fc2.com/a/member?mid=42408046 | http://video.fc2.com/a/content/20141214BdLuJPt9/ | ▢を▢惑する兄嫂 吉▢明▢ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe936/ |
| | ▢威零 | http://video.fc2.com/a/member?mid=42408046 | http://video.fc2.com/a/content/20141214kBe1sLtm/ | ▢を▢惑する兄嫂 吉▢明▢ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe936/ |
| 107 | 妙体▢的FC2 | http://video.fc2.com/a/member?mid=53251504 | http://video.fc2.com/a/content/201501023KhCapnM | キミの家に本物中出し美人を派遣します。 相▢応 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=hnd065/ |
| | 妙体▢的FC2 | http://video.fc2.com/a/member?mid=53251504 | http://video.fc2.com/a/content/20150103cyArtq2F | FIRST IDEAPOCKET 前田かおり | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd877/ |
| | 妙体▢的FC2 | http://video.fc2.com/a/member?mid=53251504 | http://video.fc2.com/a/content/20150103yPX2hMpL | LOVE SEMEN 希美まゆ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz033/ |
| 108 | 風吹毛动 | http://video.fc2.com/a/member?mid=15092771 | http://video.fc2.com/a/content/20120115AnF4ex97 | ▢父に犯されて... 美嫂いちり 椎名ゆな | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=juc699/ |
| | 風吹毛动 | http://video.fc2.com/a/member?mid=15092771 | http://video.fc2.com/a/content/201210162mq5crMK | あなた、▢して....。 -非▢悬と▢の狭□で- 奏ななこ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd296/ |
| | 風吹毛动 | http://video.fc2.com/a/member?mid=15092771 | http://video.fc2.com/a/content/201210063SEcDBvs | この子には手を出さないで! 私が身代りになりますから... 芹▢応 吉川ゆあ | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=shkd442/ |

1  Ryan Gile, Esq.
   Nevada Bar No. 8807
2  *rgile@weidemiller.com*
   F. Christopher Austin, Esq.
3  Nevada Bar No. 6559
   *caustin@weidemiller.com*
4  **WEIDE & MILLER, LTD.**
   7251 W. Lake Mead Blvd., Suite 530
5  Las Vegas, Nevada 89128-8373
   Tel. (702) 382-4804
6  Fax (702) 382-4805

7  Attorneys for CA Co. Ltd.

8              **UNTED STATES DISTRICT COURT**

9                **CLARK COUNTY, NEVADA**

10  IN RE DMCA SUBPOENA TO          )   Case No:
    FC2, INC.                        )
11                                   )   **DECLARATION OF JUNJI SUZUKI**
                                     )
12  _____      )
                                     )
13

14

15  I, Junji Suzuki, declare and testify as follows:

16      1.      I am a person authorized to act on behalf of CA Co. Ltd., a Japanese corporation, and

17  as such, I am authorized and qualified to make this declaration for and on its behalf, and I make

18  this declaration for that reason.

19      2.      CA Co. Ltd. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain

20  information sufficient to identify the persons infringing its copyrighted works.

21      3.      The purpose for which this subpoena is sought is to obtain the identity of the alleged

22  infringers.   Such information will only be used for the purpose of protecting rights under the

23  Copyright Act (17 U.S.C. § 101, et seq.).

24      I declare under penalty of perjury under the laws of the United States of America that the

    foregoing is true and correct.

25

26  ///

27  ///

28

1

2    Executed on ____Feb. 6,_____, 2015

3

4

5    Junji Suzuki
     Authorized Representative for CA Co. Ltd.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128

In re DMCA Subpoena to FC2, Inc.                    2

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB -9 2015

ORIGINAL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

DISTRICT OF NEVADA

BY: _____  DEPUTY

## I. (a) PLAINTIFFS
CA Co. Ltd.

**DEFENDANTS**
N/A

(b) County of Residence of First Listed Plaintiff  **Japan**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
**WEIDE & MILLER, LTD.; Tel. (702) 382-4804**
7251 W. Lake Mead Blvd., Suite 530 Las Vegas, NV 89128

Attorneys (If _____

15-MS-13

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 USC 512(h)
Brief description of cause:
DMCA Subpoena

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    N/A
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  2/9/15

SIGNATURE OF ATTORNEY OF RECORD
/s/ Ryan Gile

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Court Name: District of Nevada
Division:
Receipt Number: NVLA5332518
Cashier ID: jfavre
Transaction Date: 02/09/2015
Payer Name: scott meyer

MISC_APPEAL PAPERS
For: scott meyer
Amount:          $40.00

CHECK/MONEY ORDER
Remitter: scott meyer
Check/Money Order Num: 2101
Amt Tendered: $40.00

Total Due:       $40.00
Total Tendered:  $40.00
Change Amt:       $0.00

MISC_DOWNLOAD
15CMS_15

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45 fee will
be charged for a returned check.